

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2018

No. 04-17-00266-CR

Eric Gonzales **FABRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16291
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed an *Anders* brief in this appeal. *See Anders v. California*, 386 S.W.2d 738 (1967); *see also Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). Appellant, who is incarcerated, has asserted his right to file a *pro se* brief and has filed a motion for pro se access to the appellate record. Appellant's pro se brief was due January 8, 2018. On January 11, 2018, this Court received appellant's pro se "Motion for Extension of Time for Petition for Discretionary Review," which appellant has addressed to the Court of Criminal Appeals. Appellant states that he received a copy of this court's decision on November 7, 2017. Appellant appears confused. On November 7, 2017, this court issued an order explaining that his court appointed attorney had filed an *Anders* brief and he had the right to file a pro se brief. This court has not yet rendered a decision on the merits of his appeal, and his pro se brief is currently due.

We construe appellant's motion as a motion for extension of time to file his pro se brief. We GRANT the motion. Appellant's pro se brief is due March 9, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2018.



Keith E. Hottle
Clerk of Court